# ESSENTIAL SERVICES GROUP
555 EIGHTH AVE., SUITE 1901
NEW YORK,. N.Y. 10018
TEL.: (212) 760-2300
FAX: (212) 760-0188

## AFFIDAVIT OF PERSONAL SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMERICAN INSURANCE COMPANY

VS.                                    INDEX#CV10-5447

ANGELO GRIMALDI, ET AL.

---

State of New York, County of New York  SS:

**AMIR LEVY**, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.  That on **DECEMBER 4/10 AT 8:10 A.M.** at **505 KENSINGTON LANE BETHPAGE, N.Y. 11714** Deponent served the annexed **SUMMONS; COMPLAINT;**
on **JEFFREY CROPPER** by delivering a true copy to said **JEFFREY CROPPER** personally

Deponent describes the individual served as follows:

   Sex/Race(skin color): MALE/ BLACK
   Hair Color/Approximate Age: BLACK/ 45 YRS.
   Approximate height/Approximate weight: 5'9"/220 LBS.

112PS12.10- - 17

Sworn to before me this
7 day of December/10