# ESSENTIAL SERVICES GROUP
555 Eighth Avenue, Suite 1901
New York,  New York 10018
Tel: (212) 760-2300

## SUITABLE AGE AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMERICAN INSURANCE COMPANY

VS.                                          INDEX# CV10-5447

ANGELO GRIMALDI, ET AL.

---

State of New York, County of New York  SS:
   **AMIR LEVY**, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State. That on **DECEMBER 4/10 AT 9:33 A.M. at 3344 JIDITH DRIVE BELLMORE, N.Y. 11710**
   Deponent served the annexed:
   **SUMMONS;**
**COMPLSINT;** on
**JOSEPH SGRO** by delivering thereat a true copy to **EILEEN SGRO (SPOUSE)** a person of suitable age and discretion.
The said premises is **JOSEPH SGRO'S** actual place of **ABODE** within the state of New York.

   Deponent also enclosed a copy of same in a postpaid wrapper, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to JOSEPH SGRO on 12/6/10 at 3344 JIDITH DRIVE
BELLMORE, N.Y. 11710 and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, by postage prepaid for delivery by first class regular mail.
   Deponent describes the individual  to whom service of process was made as follows:
   Sex/Race (skin color): FEMALE/ WHITE
   Hair Color/Approximate Age: BLOND/ 35 YRS.
   Approximate Height/Approximate Weight: 5'5"/140 LBS.

112/PS12.10-16.
SWORN TO BEFORE ME THIS
     DAY OF