RUBIN, FIORELLA & FRIEDMAN LLP
James E. Mercante, Esq. (JM 4231)
Richard Gonzalez, Esq. (RG 9291)
292 Madison Avenue, 11th Floor
New York, NY 10017
(212) 953-2381
*Attorneys for Plaintiff,*
*MARKEL AMERICAN INSURANCE COMPANY,*
*as subrogee of DENNIS HALL*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARKEL AMERICAN INSURANCE
COMPANY, as subrogee of DENNIS HALL,

        Plaintiff,

    v.

ANGELO GRIMALDI, JOSEPH SGRO,
RICHARD STIEGLITZ, JEFFERY CROPPER,
JAMES BUCK, ANTHONY PERRY,
CURTIS CROPPER,

        Defendants.

Docket Number: 10-cv-5447

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for plaintiff, MARKEL AMERICAN INSURANCE COMPANY, as subrogee of DENNIS HALL.

Dated: New York, New York
      May 4, 2011

                    **RUBIN, FIORELLA & FRIEDMAN LLP**
                    *Attorneys for Plaintiff,*
                        *MARKEL AMERICAN INSURANCE*
                        *COMPANY, as subrogee of DENNIS HALL*

                    Richard Gonzalez, Esq. (RG 9291)
                    292 Madison Avenue, 11th Floor
                    New York, NY 10017
                    Ph: 212-953-2381
                    Fax: 212-953-2462
                    E-Mail: rgonzalez@rubinfiorella.com
                    Our File No.: 625-17906

**Copy Via ECF:**

    Brian T. Egan, Esq.
    EGAN & GOLDEN, LLP.
    96 South Ocean Avenue
    Patchogue, NY 11772
    *Attorneys for Defendant,*
        *JAMES BUCK*

    Corey Winograd, Esq.
    WINOGRAD & WINOGRAD, P.C.
    450 Seventh Avenue, Suite 1308
    New York, New York 10123
    *Attorneys for Defendant,*
        *JOSEPH SGRO*

    Patrick M. O'Connell, Esq.
    TINARI O'CONNELL OSBORN & KAFMAN
    320 Carleton Avenue, Suite 2000
    Central Islip, NY 11722
    *Attorney for Defendant,*
        *RICHARD STIEGLITZ*

Patricia Byrne Blair, Esq.
MAZZEI AND BLAIR
9B Montauk Highway
Blue Point, New York 117154
*Attorneys for Defendant,*
   *ANTHONY GRIMALDI*

**Copy Via Regular Mail:**

Michael S. Finkelstein, Esq.
FINKELSTEIN & FEIL, LLP
666 Old Country Road, Ste 310
Garden City, New York 11530
*Attorneys for Defendant,*
   *ANTHONY PERRY*

Michael J. Brown, Esq.
MICHAEL J. BROWN, P.C.
320 Carleton Avenue, Suite 2000
Central Islip, NY 11722
*Attorney for Defendant,*
   *RICHARD STIEGLITZ*

Curtis Cropper
112 Glen Road
North Babylon, NY 11703

Jeffery Cropper
505 Kensington Lane
Bethpage, NY 11714