# MAZZEI AND BLAIR

*Attorneys At Law*

9-B Montauk Highway
Blue Point, New York 11715
Tel: (631) 363-8600  Fax: (631) 363-8605

Timothy P. Mazzei
Patricia Byrne Blair

May 13, 2011

**VIA ECF**
Clerk of the Court
U.S. District Court Eastern District of New York
Alphonse M. D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

<u>Re: Markel American Insurance Co., v. Angelo Grimaldi, et al.</u>
<u>Index No. CV 10-5447</u>

Dear sir/Madam:

    Our firm is counsel for the defendant, Angelo Grimaldi, in the above-captioned action. This letter is submitted to the Court in accordance with Judge Feuerstein's Individual Chambers Rule Number 4. As discussed this morning in our status conference, the basis for the motion to dismiss submitted by defendant James Buck, is of global application to all defendants. Since the plaintiff's claims against each defendant arise from the same alleged transaction, we wish to join defendant Buck's Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) without reservation.

    We respectfully request that this Court grant the Motion to Dismiss and such other and further relief this Court deems necessary.

Respectfully yours,
MAZZEI AND BLAIR

Timothy P. Mazzei

TPM/jm

cc: <u>Via First Class Mail:</u>
    Rubin Fiorella & Friedman, LLP (Attys. for Plaintiff)
    Winograd & Winograd, P.C. (Attys. for Def. Sgro)
    Egan & Golden, LLP (Attys. for Def. Buck)
    Michael J. Brown P.C. (Atty. for Stieglitz)
    Finkelstein & Feil, LLP (Atty. for Perry)