FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ MAR 2 6 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARKEL AMERICAN INSURANCE COMPANY,     DOCKET NO: 10 CV 5447
as subrogee of DENNIS HALL,

                       Plaintiff,     **STIPULATION OF**
                                         **DISMISSAL OF DEFENDANT**
-against-                                    **JAMES BUCK**

ANGELO GRIMALDI, JOSEPH SGRO,
RICHARD STIEGLITZ, JEFFERY CROPPER,
JAMES BUCK, ANTHONY PERRY,
CURTIS CROPPER,
                       Defendants.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for plaintiff MARKEL AMERICAN INSURANCE COMPANY and defendant JAMES BUCK that the above captioned matter be, and the same hereby is dismissed with prejudice and without costs as against defendant JAMES BUCK.

**IT IS FURTHER STIPULATED AND AGREED** that the Opposition of defendant JAMES BUCK to the Report and Recommendation of Magistrate Judge Brown be and hereby is withdrawn.

**IT IS FURTHER STIPULATED AND AGREED** that the cross-claims against defendant JAMES BUCK filed by defendant JOSEPH SGRO be, and the same hereby are dismissed with prejudice and without costs.

Dated: March 21, 2012

RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Plaintiff

By: _____
Michael E. Stern
292 Madison Avenue, 11th Floor
New York, New York 10017
Ph: 212 953-2381

WINOGRAD & WINOGRAD PC
Attorneys for Joseph Sgro

By: _____
Corey Winograd
450 Seventh Avenue
Suite 1308
New York, New York 10123
(212) 268-6900

SO ORDERED:
3/26/12   s/ Sandra J. Feuerstein
_____
U.S.D.C.

EGAN & GOLDEN
Attorneys for Defendant James Buck

By: _____
Brian Egan
96 South Ocean Avenue
Patchogue, New York 11772
Ph: 631-447-8100

-2-