# WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

July 9, 2012

**BY ECF**

Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **Markel American Insurance Company v. Grimaldi, et al.
10 Cv. 5447 (SJF)**

Dear Judge Feuerstein:

I represent defendant Joseph Sgro and write to request, with plaintiff's consent, an adjournment of the status conference scheduled for July 12, 2012 at 11:15 am to a date convenient to the Court after September 1, 2012. The reason for this request is that it is expected that Mr. Sgro will be making a substantial payment before September 1, 2012 for the benefit of plaintiff as required by his plea in the Suffolk County Court case, which the parties believe will result in the resolution of this case.

Alternatively, if the Court is not inclined to grant the adjournment request, I ask that the Court entertain a telephone conference in lieu of personal appearances as both plaintiff's counsel and I maintain offices in Manhattan.

Respectfully submitted,

Corey Winograd

cc: All Counsel (by ECF)

CW/ak
SGRO1098