# CIVIL CAUSE FOR STATUS CONFERENCE

FILED
CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ SEP 12 2012 ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** Sept 12, 2011                              **TIME:** 30 minutes

**CASE NUMBER:**   2:10-cv-05447-SJF -WDW

**CASE TITLE:**   Markel American Insurance Company v. Grimaldi et al

**PLTFFS ATTY:**   Richard Gonzalez
                  _X_ present       ___ not present

**DEFTS ATTY:**   Joel Winograd
                  _X_ present       ___ not present

**COURT REPORTER:**        **COURTROOM DEPUTY:** Jasmine Major

**OTHER:** _____

_X_   CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO_____.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Jury selection and trial is scheduled before Judge Feuerstein on 12/17/12 at 10:00 am.