# CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

**FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y**

★ DEC 1 1 2012 ★

**LONG ISLAND OFFICE**

## BEFORE: JUDGE FEUERSTEIN

DATE: December 11, 2012            TIME: 30 minutes

CASE NUMBER:    2:10-cv-05447-SJF -WDW

CASE TITLE:     Markel American Insurance Company v. Grimaldi et al

PLTFFS ATTY:    Michael E. Stern
                X  present          ___ not present

DEFTS ATTY:     Corey Winograd
                X  present          ___ not present

COURT REPORTER:        COURTROOM DEPUTY: Bryan Morabito

OTHER: _____

X   CASE CALLED.

_   ARGUMENT HEARD / CONT'D TO _____.

_   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Jury selection and trial is canceled. A further in person status conference is scheduled before Judge Feuerstein on 1/21/13 at 11:15 am