UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

MARKEL AMERICAN INSURANCE COMPANY,   DOCKET NO: 10 CV 5447
as subrogee of DENNIS HALL,

                        Plaintiff,   **STIPULATION OF DISMISSAL**

-against-

ANGELO GRIMALDI, JOSEPH SGRO,
RICHARD STIEGLITZ, JEFFERY CROPPER,
JAMES BUCK, ANTHONY PERRY,
CURTIS CROPPER,
                        Defendants.
--------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereto that the above captioned matter be, and the same hereby is dismissed with prejudice and without costs

Dated: January 16, 2013

RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Plaintiff

By: _____
Michael E. Stern
292 Madison Avenue, 11th Floor
New York, New York   10017
Ph: 212 953-2381

WINOGRAD & WINOGRAD PC
Attorneys for Defendant Joseph Sgro

By: _____
Corey Winograd
450 Seventh Avenue, Suite 1308
New York, New York 10123
Ph: (212) 268-6900

SO ORDERED:

_____
U.S.D.C.

-1-